NenAZuleyS8@gmail.com
SolemaSierra48@mail.com

**5:22-CV-166-C**

5-22CV0131--C

To whom this may concern!

Since June 2 2022

Its Been Hot today we were told

that It was 83 Degrees In here

2022 JUL -1 PM 2:53

My name Is Sulema Sierra Booking # 22018145

I have put In Plenty letters my friend

Yvonne mom has made at least 20 calls

Since June 2 that Its hot an inmate

threw up from being dehydrated!

another Inmate was Sitting In period blood

for 2 days because She hasn't had any

Clean underwear We are being treated

un human! We are In pain and Suffering

Ive even Started drinking Hot water

because theres no cold Water Just Like

there Is no A/C Please Help US!

Fix this Situation Its wrong!

_____ [signature]

# 22018145

Cell: 214-469 5530

email: SulemaSierra 48@Yahoo.com

NenaZuleyS8@Gmail.com

RECEIVED

JUL - 1 2022

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

# Pod 4 (Petition)

Aleena Jordan 21044069    aleenjordan@gmail.
214-403-0916    com

People Are complaining about the
Ac being to hot, and it is hot in
this pod. we are sweating, constantly
taking showers to keep cool. waking up
real sweaty, and irrated. other individuals
as well. this is not just a safe weather
climate. (xplease sign if agreed)

TERRIA BURES 22001738

Alicia Rich    22008591

Kristy Moody 22018461

Suena Sierra 22018145

Vanessa Martinez 22076877

Hailey Hamilton 22004917

Linda Browning 089/2575

Rebecca Caldwell

Anabel Ramirez 22017815

Tryston Robinson

Summer Price 22020641

Molly Berry 22014080

Jonna Hopkins 22020180

Jacklie Crow

Jennifer Laws 22011231

Rosablanca Hays #2001765

Nancy Jaramillo #22018509



Leslie Janes
Letina Vaughn 22022561
Moreno Tierra #22012857
MORALES, Bianca #22016387
Briana mcahee #22021078
Kenia Rubio # 22012215
April Coterill #22018125
~~[scribbled out]~~
Abigail fonseca
Jasmine Lomas #22014112
[signature] #22021365
[signature]
Jenesis Henry #9221
Rodericka Davis #22015956

Sulema Sierra
Dallas County Jail
P.o. Box 660334
Bin: 22018145
HAys Tower 04-D
Dallas Texas 75266-0334

NORTH TEXAS TX P&DC
DALLAS TX 750
27 JUN 2022 PM 9 · L



RECEIVED
2022
CLERK U.S. DIST.
NORTHERN DISTRICT OF TEXAS

USA ★ FOREVER

Office of the Clerk
Northern District of
Texas 1205 Ave Room 200D
Lubbock, Tx 79401

79415-363320