IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| BIANCA MORALES, <br> Institutional ID No. 22016387 <br><br> Plaintiff, <br><br> v. <br><br> DALLAS COUNTY JAIL, <br><br> Defendant. | § § § § § § § § § § § | CIVIL ACTION NO. 5:22-CV-00166-C |

### JUDGMENT

For the reasons stated in the Court's order of even date,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's complaint and all claims alleged therein are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

Dated August 22, 2022.

_____
SAM R. CUMMINGS
Senior United States District Judge